UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.:  16-21961
EARL ANDERSON & )
 NADINE ANDERSON )
) Chapter: 13
) Honorable Timothy Barnes
)
)
Debtor(s) )

## ORDER DISMISSING CASE

THIS CAUSE COMING before this Court on Debtors' Motion to Voluntarily Dismiss Chapter 13 Case, due notice having been properly given, and this court being fully advised in the premises,

IT IS HEREBY ORDERED:

That the instant case, number 16 B 21961, is dismissed as to both Debtors.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  March 22, 2018

**Prepared by:**

Matthew C. Baysinger
Attorney for the Debtor
Law Offices of Matthew R. Wildermuth
1900 W. 75th Street,
Woodridge, IL 60517
(630) 967-0653 Phone
(630) 967-1468 Fax